UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BRAYAN KEIBER VELANDIA PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00744-MPB-MG |
| | ) | |
| WARDEN, CLAY COUNTY JUSTICE CENTER, *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause, the petition, and exhibits shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process **by mail** to the Clay County Respondent. Process will consist of the petition (dkt. [1]), motion for temporary restraining order (dkt. [2]), and this Order.

3. The respondents will have **through November 20, 2026**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. They must simultaneously respond to the motion for temporary restraining order. The petitioner will have **four days after service of the answer** to reply.

4. Respondents shall not transfer Petitioner outside the jurisdiction of the United States or to another federal judicial district during the pendency of this habeas petition without further order of Court following a proper motion by Respondents. *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947).

**IT IS SO ORDERED.**

Dated: November 13, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

BRAYAN KEIBER VELANDIA PEREZ
CLAY COUNTY JAIL
Inmate Mail/Parcels
611 E. Jacson Street
Brazil, IN 47834

Sheriff Brison Swearingen
Clay County Jail
611 E. Jackson St.
Brazil, IN 47834

Courtesy copies (by electronic mail):

Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com)

Gina Shields, Assistant U.S. Attorney (Gina.Shields@usdoj.gov)